FILED

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

FEB 22 2010

U.S. DISTRICT COURT
CLARKSBURG, WV 26301

UNITED STATES OF AMERICA,
Plaintiff,

v.

Criminal No. 1:10 CR 16
Violations: 30 USC §820(f)

JOHN RENNER,
Defendant.

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

**(False Statements, Representations and Certifications in MSHA Documents)**

On or about January 24, 2010, at or near Fairview, Monongalia County, West Virginia, within the Northern District of West Virginia, defendant **JOHN RENNER** did knowingly make a false statement, representation, and certification in a record, report and other document filed and required to be maintained pursuant to Chapter 22 of Title 30 of the United States Code, to-wit: defendant **JOHN RENNER** did falsely state, represent, and certify that he had conducted an examination of the No. 27 block seal for the Federal No. 2 Mine when, in fact, defendant **JOHN RENNER** knew that he had not made such an examination; in violation of Title 30, United States Code, Section 820(f).

BETSY C. JIVIDEN
Acting United States Attorney

*[signature]*
Shawn Angus Morgan
Assistant United States Attorney