IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

**FILED**

APR 3 0 2010

U.S. DISTRICT COURT
CLARKSBURG, WV 26301

UNITED STATES OF AMERICA,

Plaintiff,

v.   CRIMINAL ACTION NO. 1:10CR16

JOHN RENNER,

Defendant.

### ORDER GRANTING MOTION TO CONTINUE

Good cause having been shown, the Court grants the motion to continue July 15, 2010 sentencing hearing, and reschedules the same for _August 2,_ 2010, at _2:00pm_.

It is so ORDERED.

Dated: _April 30_, 2010

_Irene M. Keeley_
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE