# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

      Plaintiff,

v.                                                       **CRIMINAL ACTION NO. 1:10CR16**

**JOHN RENNER,**

      Defendant.

## UNITED STATES' MOTION TO CONTINUE SENTENCING

Now comes the United States of America and Betsy C. Jividen, United States Attorney, by Assistant United States Attorney Shawn Angus Morgan, and moves this Court to continue the sentencing hearing currently scheduled for August 2, 2010 at 2:00 p.m. In support of this motion, the United States asserts that the defendant is currently cooperating in an ongoing investigation.

The undersigned has discussed the need for a continuance with defendant's counsel, who has no objection to this motion and agrees with the government's request that the sentencing be rescheduled after December 1, 2010.

The United States requests that the Court grant the Government's Motion to Continue Sentencing.

                                              Respectfully submitted,
                                              BETSY C. JIVIDEN
                                              UNITED STATES ATTORNEY

                          By:    /s/ Shawn Angus Morgan
                                Shawn Angus Morgan
                                Assistant U. S. Attorney
                                Bar No. 6640
                                320 W. Pike Street, Ste. 300
                                Clarksburg, WV 26301
                                (304) 623-7030
                                (304) 623-7031
                                shawn.morgan@usdoj.gov

CERTIFICATE OF SERVICE

    I, Shawn Angus Morgan, Assistant United States Attorney for the Northern District of West Virginia, hereby certify that the foregoing UNITED STATES' MOTION TO CONTINUE SENTENCING was filed with the Court via CM/ECF, on July 22, 2010, and served upon defendant's counsel, Bryan Edwards.

                                                     /s/ Shawn Angus Morgan
                                                   Shawn Angus Morgan
                                                   Assistant U. S. Attorney