IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                         CRIMINAL ACTION NO. 1:10CR16

JOHN RENNER,

        Defendant.

## UNITED STATES' THIRD MOTION TO CONTINUE SENTENCING

Now comes the United States of America and William J. Ihlenfeld, II, United States Attorney, by Assistant United States Attorney Shawn Angus Morgan, and moves this Court to continue the sentencing hearing currently scheduled for January 4, 2011 at 1:30 p.m.  In support of this motion, the United States asserts that the defendant is still cooperating in an ongoing investigation.

The undersigned has discussed the need for a continuance with defendant's counsel, who has no objection to this motion and agrees with the government's request that the sentencing be rescheduled after April 1, 2011.

The United States requests that the Court grant the Government's Third Motion to Continue Sentencing.

                                     Respectfully submitted,
                                     WILLIAM J. IHLENFELD, II
                                     UNITED STATES ATTORNEY

By:    /s/ Shawn Angus Morgan
           Shawn Angus Morgan
           Assistant U. S. Attorney
           Bar No. 6640
           320 W. Pike Street, Ste. 300
           Clarksburg, WV 26301
           (304) 623-7030
           (304) 623-7031
           shawn.morgan@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I, Shawn Angus Morgan, Assistant United States Attorney for the Northern District of West Virginia, hereby certify that the foregoing UNITED STATES' THIRD MOTION TO CONTINUE SENTENCING was filed with the Court via CM/ECF, on December 7, 2010, and served upon defendant's counsel, Bryan Edwards.

/s/ Shawn Angus Morgan
Shawn Angus Morgan
Assistant U. S. Attorney