```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

  **v.**              //        CRIMINAL NO. 1:10CR16
                                                    (Judge Keeley)

**JOHN RENNER,**

    **Defendant.**

## ORDER GRANTING GOVERNMENT'S MOTION TO CONTINUE SENTENCING HEARING (DKT. 21)

On December 7, 2010, the government filed a motion to continue the sentencing hearing scheduled for January 4, 2011. Counsel for defendant has no objection to the motion and agrees with the government's request. The Court **GRANTS** the government's motion (dkt. no. 21) and **CONTINUES** the sentencing hearing in this matter previously set for January 4, 2011 until further order of the Court. The Court directs the United States Attorney to notify the Court when the sentencing may be rescheduled.

It is so **ORDERED.**

The Court directs the Clerk to transmit copies of this Order to counsel of record and all appropriate agencies.

DATED: December 21, 2010.

                                        /s/ Irene M. Keeley
                                        IRENE M. KEELEY
                                        UNITED STATES DISTRICT JUDGE